# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TERESA JANE HAGAN, | ) Civil Action No. 5:13-cv-1090 DCN |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on October 20, 2014. Defendant filed a response on November 6, 2014, stating that she does not object to an award in the amount of $4,578.34 in attorney's fees under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,578.34 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

November 6, 2014
Charleston, South Carolina